ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Manhattan Construction Company | ) ASBCA No. 63804 |
| | ) |
| Under Contract No. W91236-21-C-2019 | ) |

APPEARANCES FOR THE APPELLANT:     Angela M. Richie, Esq.
                                   Seth C. Wiseman, Esq.
                                     Gordon Rees Scully Mansukhani LLP
                                     Louisville, KY

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
                                     Engineer Chief Trial Attorney
                                   John R. Lockard, Esq.
                                     Engineer Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: January 14, 2026

MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63804, Appeal of Manhattan Construction Company, rendered in conformance with the Board's Charter.

Dated: January 14, 2026

63804 vPAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals